# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Chase Christopher Rose, | Civil Action No.: 2:18-cv-11318-RHC-RSW |
| Plaintiff, | |
| v. | |
| Ally Financial, Inc., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a Stipulation of Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 7, 2018

                                              Respectfully submitted,

                                              By   /s/ Sergei Lemberg

                                              Sergei Lemberg, Esq.
                                              LEMBERG LAW, L.L.C.
                                              43 Danbury Road, 3rd Floor
                                              Wilton, CT 06897
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 7, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                             By /s/ Sergei Lemberg
                                                   Sergei Lemberg, Esq.