UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____
:
Chase Christopher Rose,            :
                                   :  Civil Action No.: 3:18-cv-11318-RHC-
        Plaintiff,                 :  RSW
    v.                             :
                                   :
Ally Financial, Inc.,              :
                                   :
        Defendant.                 :
_____:

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

   S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 17, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 17, 2019, by electronic and/or ordinary mail.

   S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

| Chase Christopher Rose | Ally Financial, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | __/s/ Ethan Ostroff_____ |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT  06897<br>Tel: (203) 653-2250<br>slemberg@lemberglaw.com<br>Attorney for Plaintiff | Ethan Ostroff, Esq.<br>Mark D. Kundmueller, Esq.<br>TROUTMAN SANDERS LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462<br>Tel: (757) 687-7541<br>ethan.ostroff@troutman.com<br>mark.kundmueller@troutman.com<br>Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

                                    By _/s/ Sergei Lemberg_____

                                        Sergei Lemberg, Esq.